**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARTIN J. WALSH,** | ) | |
| **Secretary of Labor, United States** | ) | |
| **Department of Labor,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:21-00375-KD-B** |
| | ) | |
| **ALLIANCE MECHANICAL SOLUTIONS** | ) | |
| **LLC,** | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on the Plaintiff's Unopposed Motion for Reconsideration of Plaintiffs' Unopposed Motion to Continue Trial (Doc. 76). (Doc. 87).

It is **ORDERED** that the unopposed motion for reconsideration (Doc. 87) is **GRANTED,** and on reconsideration, the unopposed motion to continue trial (Doc. 76) is **GRANTED** such that the non-jury (bench) trial of this case is **RESCHEDULED** for **October 2-3, 2023.** Trial shall commence daily at **8:30 a.m.** in Courtroom 4B of the U.S. Courthouse, 155 Saint Joseph St., Mobile, AL, 36602.

It is further **ORDERED** that the deadlines set forth in Doc. 80 are **AMENDED** as follows:

**3. Pre-marking of Exhibits; Trial Exhibit Lists.** Each party shall provide the Clerk with a properly formatted exhibit list and pre-marked exhibit book by **September 25, 2023.**

**4. Bench Book.** On or before **September 25, 2023,** counsel for each party shall provide the Court with a bench book (a three-ring binder is sufficient) containing a copy of each exhibit counsel anticipates offering at trial. The parties shall allow all opposing parties to review the bench book before delivery to the Court. Counsel are reminded that the bench book is for the Court's convenience in reviewing the exhibits and does not admit the exhibit as evidence.

**DONE** and **ORDERED** this the **13th** day of **June 2023**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**