IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIE SU, Secretary of Labor, ) | |
| United States Department of Labor, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:21-00375-KD-B |
| ) | |
| ALLIANCE MECHANICAL SOLUTIONS ) | |
| LLC, ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the Court on the parties' notification that this case has settled.

As such, it is **ORDERED** that October 2-3, 2023 Bench Trial setting and remaining deadlines in this case are **CANCELLED**. It is further **ORDERED** that the parties shall jointly file, on or before **October 27, 2023**, any documents deemed necessary for an FLSA settlement under the supervision of the Secretary of Labor. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982); 29 U.S.C. § 216(c).

**DONE** and **ORDERED** this the **21st** day of **September 2023**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**