# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JULIE A. SU, Secretary of Labor, United States Department of Labor,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ALLIANCE MECHANICAL SOLUTIONS, LLC,** ) <br> Defendant. ) | **CIVIL ACTION 1:21-00375-KD-B** |

## ORDER AND CONSENT JUDGMENT

This matter is before the Court on the parties' joint motion for entry of an order and a consent judgment to resolve the Fair Labor Standards Act (FLSA and/or the Act) claims in this case, pursuant to 29 U.S.C. § 216(c) and under the supervision of the Plaintiff, the Secretary of Labor. (Doc. 92). Upon consideration, due to the nature of this case, and because the Secretary of Labor is authorized under 29 U.S.C. § 216(c) to oversee an employer's payment of wages owed to employees and will do so in this matter, it is **ORDERED** that the motion (Doc. 92) is **GRANTED**.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that a Consent Judgment is issued as follows:

1) the Defendant shall pay the agreed upon sum as back wages in the total amount of **$65.58** to employees for the periods of employment and in the amounts indicated with respect to each, as set forth on Schedule A (attached hereto).

2) the Defendant agrees to pay the amounts outlined in Schedule A (attached hereto) directly to the employees, less legal payroll deductions, within ninety (90) days of the entry of this Order and Consent Judgment.

3) the Defendant shall provide Plaintiff proof of such payment in the form of either Forms WH-58 signed by each individual to whom said amounts have been paid, or via copies of cancelled checks provided to Plaintiff.

4) the Defendant shall remain responsible for the employer's share of any F.I.C.A. obligations arising from or related to the back wages paid hereunder.

5) For any individuals listed on Schedule A (attached hereto) to whom Defendant is unable to deliver the payments set out on Schedule A within the time required herein, Defendant shall, within 30 days of such date, deliver the net amount due after appropriate deductions for income tax and the employee's share of F.I.C.A. to the United States Department of Labor, Wage and Hour Division, online at https://pay.gov/public/form/start/75535158.

6) In the event of default by Defendant in making such payment, post-judgment interest shall be assessed on any unpaid amount at the rate established pursuant to 28 U.S.C. § 1961.

Moreover, none of the foregoing agreements, statements, findings, and actions is intended as an admission of liability by the Defendant of the allegations contained in Plaintiff's Complaint and/or of any wrongdoing. The agreements herein are not intended to be used for purposes other than actions or proceedings arising under the Act.

Further, it is **ORDERED** that each party shall bear his, her, or its own attorneys' fees and costs/expenses incurred by such party in connection with any stage of this case, including but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

**DONE** and **ORDERED** this the **8th** day of **December 2023**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

**Alliance Mechanical Solutions LLC**
**Schedule A**

| Employee Name | Date | Amount |
|---|---|---|
| Rafael Rivera-Calaf | 8/25/19 | $8.72 |
| Efren Rodriguez | 8/25/19 | $17.59 |
| William Martin Kibby | 8/25/19 | $31.41 |
| Anthony Sumrall | 9/29/19 | $7.86 |